UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAUDINE M. DEMIANCZUK,**

    **Plaintiff,**

v.                                       Case No: 8:10-cv-613-T-26TBM

**MICHAEL J. ASTRUE,**
**Commissioner of the United States**
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the court *sua sponte*. The docket in the above-styled action indicates that the Plaintiff has failed to perfect service of process on the Defendant within 120 days, as required by Rule 4(m) of the Federal Rules of Civil Procedure. It is therefore **ORDERED** that Plaintiff shall show cause, in writing, and electronically file with the Clerk of the Court within fifteen (15) days of the date of this Order, why this case should not be dismissed for lack of prosecution pursuant to Local Rule 3.10. Failure to respond thereto shall result in the immediate dismissal of this action without further notice.

**Done and Ordered** at Tampa, Florida this 13th day of July 2010.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record